# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Kimberly Hoyle,

      Plaintiff(s),

vs.

United Auto Workers Local Union 5285, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04cv518

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2006 Order.

August 4, 2006

FRANK G. JOHNS, CLERK

BY: _____

Cynthia Huntley, Deputy Clerk